UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HUGHES,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>COUNTY OF MENDOCINO,<br><br>    Defendant(s). | Case No.: C-11-01319-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED for Mandatory Settlement Conference Before a Magistrate Judge to occur by | February 28, 2013 |
| NON-EXPERT DISCOVERY CUTOFF: | September 14, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: September 14, 2012<br>Rebuttal: September 28, 2012 |
| EXPERT DISCOVERY CUTOFF: | December 7, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | February 5, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 8, 2013 |
| PRETRIAL CONFERENCE: | Friday, March 22, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, April 8, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 3-5 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 7, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CC: MAGREF EMAIL