1  THOMAS R. PARKER, County Counsel   SBN 141835
2  DOUGLAS L. LOSAK, Chief Deputy   SBN 220443
   Office of the County Counsel
3  County of Mendocino – Administration Center
   501 Low Gap Road, Room 1030
4  Ukiah, CA  95482

5  Telephone:  (707) 234-6885
   Facsimile:    (707) 463-4592
6  losakd@co.mendocino.ca.us

7  Attorneys for Defendant
8     County of Mendocino

9
                        **UNITED STATES DISTRICT COURT**
10
                        **NORTHERN DISTRICT OF CALIFORNIA**
11

| | | |
|---|---|---|
| 11 | PAMELA HUGHES, | ) No. CV-11-01319 YGR |
| 12 | Plaintiff, | ) **STIPULATION OF DISMISSAL AND** |
| 13 | v. | ) **[PROPOSED] ORDER** |
| 14 | COUNTY OF MENDOCINO, and; | ) Honorable Yvonne Gonzalez Rogers |
| 15 | DOES 1-10, inclusive, | ) U.S. District Court Judge |
| 16 | Defendants. | ) |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---
-1-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
[CV-11-01319 YGR]

1  The Parties have resolved all issues between them relating to the above-entitled
2 case.  Said agreement is set forth in a settlement agreement dated November 26, 2012.
3 Plaintiff has received full payment in exchange for release of all claims and does
4 hereby stipulate entry of dismissal with prejudice and without costs.

6 Dated:  December 26, 2012
/s/ Richard Meechan, Esq. for
Benjamin K. Karpilow
Benjamin K. Karpilow, Esq.
Attorney for Plaintiff

9 Dated:  December 21, 2012
/s/ Douglas L. Losak
Douglas L. Losak, Chief Deputy County Counsel
Attorney for Defendant

**ORDER**

The Compliance Hearing set for Friday, January 4, 2013 is **VACATED**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 2, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**