1  THOMAS R. PARKER, County Counsel   SBN 141835
2  DOUGLAS L. LOSAK, Chief Deputy   SBN 220443
   Office of the County Counsel
3  County of Mendocino – Administration Center
   501 Low Gap Road, Room 1030
4  Ukiah, CA  95482

5  Telephone:  (707) 234-6885
   Facsimile:    (707) 463-4592
6  losakd@co.mendocino.ca.us

7  Attorneys for Defendant
8     County of Mendocino

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

11  PAMELA HUGHES,                    )  No. CV-11-01319 YGR
                                      )
12            Plaintiff,              )  **STIPULATION OF DISMISSAL AND**
                                      )  **[PROPOSED] ORDER**
13       v.                           )
                                      )  Honorable Yvonne Gonzalez Rogers
14  COUNTY OF MENDOCINO, and;         )  U.S. District Court Judge
    DOES 1-10, inclusive,             )
15                                    )
                                      )
16            Defendants.             )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20  _____    )

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-1-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
[CV-11-01319 YGR]

The Parties have resolved all issues between them relating to the above-entitled case. Said agreement is set forth in a settlement agreement dated November 26, 2012. Plaintiff has received full payment in exchange for release of all claims and does hereby stipulate entry of dismissal with prejudice and without costs.

Dated: December 26, 2012

/s/ Richard Meechan, Esq. for
  Benjamin K. Karpilow
Benjamin K. Karpilow, Esq.
Attorney for Plaintiff

Dated: December 21, 2012

   /s/ Douglas L. Losak
Douglas L. Losak, Chief Deputy County Counsel
Attorney for Defendant

## ORDER

The Compliance Hearing set for Friday, January 4, 2013 is **VACATED**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**